456 A.2d 1089

Commonwealth v. Deemer, Appellant.

Petitions for Allowance of Appeal
Denied March 18 and June 22, 1983.

Submitted May 12, 1982. Margaret H. Poswistilo, Assistant

612

Public Defender, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and CIRILLO and HOFFMAN, JJ.

Judgment of sentence of the lower court is affirmed.